IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**AREJ DENG DENG MJOK,**

        Petitioner,

vs.                                                             Civil No.  15-cv-1091-DRH-CJP

**WARDEN of PULASKI DETENTION CENTER,**

        Respondent.

## MEMORANDUM and ORDER

**HERNDON, District Judge:**

    Petitioner Arej Deng Deng Mjok is a citizen of South Sudan and is subject to a final order of removal. At the time he filed his petition under 28 U.S.C. §2241, he was being held at the Pulaski County Detention Center, awaiting removal. In his petition, Mjok argues that he has been held for more than the presumptively reasonable period of six months established by *Zadvydas v. Davis*, 533 U.S. 678 (2001), that his removal is not likely to occur in the reasonably foreseeable future. He seeks to be released from custody.

    It appears that petitioner has received the relief he seeks. Respondent moves to dismiss the petition as moot because petitioner was released under an

ICE order of supervision on November 4, 2015.

Accordingly, Respondent's Motion to Dismiss **(Doc. 11)** is **GRANTED.**

The cause of action is **DISMISSED with prejudice**.

The Clerk of Court is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 25th day of November, 2015.

Digitally signed by Judge David R. Herndon
Date: 2015.11.25 14:15:43 -06'00'

**United States District Judge**